## COOPER et al. v. McCAULEY.

No. 15775—Opinion Filed Sept. 15, 1925.

Error from County Court, Pontotoc County; Tal Crawford, Judge.

Action between Homer Cooper et al. and Alice McCauley. From the judgment, the former bring error. Reversed and remanded.

Jno. Y. Murry, Chas. E. Bush, and W. D. Calkins, for plaintiffs in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendant in error to file a brief as provided by rule 7 of this court.

---

## GREATER SERVICE HOME BUILDERS INV. ASS'N v. STATE ex rel. SHORT, Atty. Gen., et al.

No. 15852—Opinion Filed Sept. 15, 1925.

Error from District Court, Oklahoma County; O. L. Price, Judge.

Action between the Greater Service Homebuilders Investment Association of Chicago, Ill., et al. and State ex rel. Short, Attorney General, et al. From the judgment, the former bring error. Reversed and remanded.

Hayson & Lukenbill, for plaintiffs in error.

George F. Short, Atty. Gen., Robert Fulton, Asst. Atty. Gen., M. W. McKenzie, Atty. for Banking Department, and J. K. Wright, Co. Atty., for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendant in error to file a brief as provided by rule 7 of this court.